Small Claims $2500 or Less | SCL
Small Claims More than $2500 | SCG

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT Anchorage

Thomas Ian olson JR, Plaintiff(s)

Vanisha Wyche, Defendant(s) Case No: 3:24-cv-00166-SLG

RECEIVED JUL 31 2024 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

**COMPLAINT**

The court's **free** ODR platform can help you negotiate and resolve your case. See ak-courts.info/akodr.

Plaintiff ☐ is a corporation that has paid its taxes due the state and filed its required reports.
☒ is not a corporation.

Defendant owes Plaintiff $ 1,500,000.00 plus interest and court costs, because: Violation of privacy act Law for medical records Causing Emmotional distress By Giving Medical info over phone w/o permission

which occurred at or near Home of Defendent, Alaska, on or about 7-09-24 [date].

Plaintiff ☒ has ☐ has not asked Defendant in writing to pay what Defendant owes.

Plaintiff requests small claims procedure and gives up the right to a jury trial, formal procedure, and to collect more than $10,000 in principal amount (unless the court decides to apply the formal Rules of Civil Procedure). This action is filed at a court that will not cause unnecessary expense or inconvenience to Defendant and is the court nearest to: [Check all boxes that apply.]

☒ the residence or place of employment of Defendant.
☐ where Defendant caused personal injury to Plaintiff or damage to Plaintiff's property.
☐ where Defendant does or solicits business.

Thomas Olson | Thomas Olson | 7-28-24
Print Name (and Title, if applicable) | Signature | Date

ACCE 1400 E 4th Ave | Anchorage | AK | 99501
Mailing Address | City | State | ZIP

N/A | N/A
Email | Phone

☐ I agree that the court and other parties can email me court documents instead of using regular mail.

NOTE: If you have documents that support your claim (for example: promissory notes, checks, receipts, bills, credit card agreement), attach them to this complaint.

Read the *Small Claims Handbook* (form SC-100) for instructions on filling out, filing, and serving this form. You can get a copy of the handbook online or from your local court clerk. The handbook and all small claims forms are available at http://courts.alaska.gov/shc/sc/index.htm.

---

[1] If you want Defendant to return a specific piece of property to you, write the estimated value of the property here.

Case 3:24-cv-00166-SLG   Document 1   Filed 07/31/24   Page 1 of 2
Dist. Ct. Civ. R. 10(a) and 12(a)
AS 22.15.040



Thomas Olson #747258
Anchorage Correctional Complex West
1300 W 4th Ave
Anchorage AK 99501

Alaska District Courthouse
222 W. 7th Ave #4
Anchorage AK 99513

LEGAL & CONFIDENTIAL